**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
*March 26, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**NIZAR ALI** (1)<br>**NAEEM ALI** (2)<br>**ISHAN DHUKA** (3)<br>**SAHIL KAROVALIA** (4)<br>**SAYED ALI** (5)<br>**AMER KHAN** (6)<br>**SARFAREZ MAREDIA** (7)<br>**ANABEL ELOISA GUEVARRA** (8)<br>**PRECELA SOLIS** (9)<br>**STEPHANIE HUERTA** (10)<br>**MARIA DELAROSA** (11)<br>**YOLANDA FIGUEROA** (12)<br>**CLAUDIA CALDERON** (13)<br>**VIVIANA ALVARADO** (14)<br>**LUCIA HERNANDEZ** (15)<br>**SHOAIB MAREDIA** (16) | CRIMINAL NO.: **4:25-cr-0131**<br><br>**FILED UNDER SEAL** |

## MOTION TO SEAL INDICTMENT AND RELATED DOCUMENTS

COMES NOW the United States of America, by and through Nicholas J. Ganjei, United States Attorney, and John Marck, Assistant United States Attorney, for the Southern District of Texas, and moves this Honorable Court to seal the Indictment, related documents, this Motion to Seal, and the Order to Seal in the above-captioned case, until the arrest of *any* of the above-named defendants, at which time it is requested that the Indictment, related documents, this Motion to Seal, and the Order to Seal be unsealed as to *all* the above-named defendants, without further order of the Court.

The Indictment and the supporting documents contain information related to the identity of defendants in a criminal investigation. The publication of the Indictment and related documents

could potentially jeopardize the ability to obtain the arrest and appearance of defendants, while providing them the opportunity to flee the jurisdiction of this Court.

WHEREFORE, the United States requests that the Indictment, related documents, this Motion to Seal, and the Order to Seal, be filed under seal until the arrest of *any* of the above-named defendants, except for a copy to the United States and authorized representatives of the investigating law enforcement agency.

Respectfully submitted,

**NICHOLAS J. GANJEI**
United States Attorney

*/s/ John Marek*
John Marek
Assistant United States Attorney
United States Attorney's Office
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
john.marck@usdoj.gov
(713) 567-9540