IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | * * * | |
| vs. | * * | CRIM. NO. H-25-131 |
| ANABEL ELOISA GUEVARA<br>Defendant | * * | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ANABEL ELOISA GUEVARA, Defendant in the above entitled and numbered cause and moves this Court to allow the substitution of JAMES STAFFORD of Houston, Harris County, Texas, a practicing Attorney licensed to practice in the State of Texas in the place and stead of BRIAN MARC ROBERTS, of Houston, Harris County, Texas, likewise a practicing Attorney licensed to practice law in the State of Texas, as Attorney for the above named Applicant in this cause. In support of this motion, the Applicant would show unto the Court as follows:

I.

That the Honorable BRIAN MARC ROBERTS was appointed to represent her on this case.

II.

Applicant now desires to hire JAMES STAFFORD, of Harris County, Texas, to represent him as Retained Counsel and to appear as Counsel of Record in Applicant's behalf.

WHEREFORE, PREMISES CONSIDERED, the Applicant prays that this Court permit

1

the substitution of Counsel as requested in this cause.

                                                          Respectfully submitted,

/s/ Brian Marc Roberts     *

BRIAN MARC ROBERTS               JAMES STAFFORD
Previously Appointed Attorney      Attorney for Applicant
116 S. Avenue C                            515 Caroline St.
Humble, Texas 77338                Houston, Texas 77002-3506
(713) 237-8888                             (713) 228-3600
State Bar No. 24041790              State Bar No. 18996900
* Signed by permission

ANABEL ELOISE GUEVARA, Defendant

## CERTIFICATE OF SERVICE

I, JAMES STAFFORD, hereby certify that a copy of the foregoing Motion has been forwarded to US Attorney's Office, via the Court's electronic filing system, on this the 21st day of April, 2025.

/S/ James Stafford
JAMES STAFFORD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
|     Plaintiff | * | |
| | * | |
| vs. | * | CRIM. NO. H-25-131 |
| | * | |
| ANABEL ELOISA GUEVARA | * | |
|     Defendant | * | |

### ORDER

BE IT REMEMBERED that the foregoing **Motion For Substitution of Counsel,** was presented to the Court on the _____ day of _____, 2025, and it is therefore ORDERED that the Motion is hereby GRANTED_____/DENIED_____.

SIGNED THIS _____ day of _____, 2025.

_____
JUDGE PRESIDING