UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | §    Criminal Action No. 4:25-cr-00131 |
| NAEEM ALI (2) | § |

**DEFENDANT NAEEM ALI'S**
**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant Naeem Ali ("Mr. Ali") seeks leave from this Court to modify the terms of his conditions of release from "Home Confinement" to "Home Detention". Mr. Ali respectfully submits this request in order to be able to leave the home for pretrial approved events such as doctor visits and religious services. In support of this Unopposed Motion, Mr. Ali shows as follows:

Mr. Ali's current pretrial release conditions include home confinement with electronic monitoring, pursuant to the Court's Order Setting Conditions of Release (D.E. 179). Under those conditions, Mr. Ali is restricted to his home at all times except activities specifically approved by the Court (the Court has already approved prior funeral/religious events to be attended and for Mr. Ali to work full-time). This request was made after discussions with Mr. Ali's pretrial officer. This request is meant to switch the condition in the Court's Order Setting Conditions of Release under 7(p)(iii) [Home Incarceration] to the listed condition under 7(p)(ii) [Home Detention]. Under this condition, Mr. Ali is "restricted to [his] residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.".

1

Mr. Ali will remain on GPS monitor as well as home detention under this request. This request is meant to provide Mr. Ali's pretrial officer with greater autonomy in specific out-of-the-home requests made by Mr. Ali.

Counsel for Mr. Ali has conferred with counsel for the United States regarding the relief requested in this Motion, and the Government is unopposed to the modification sought herein.

For these reasons, Mr. Ali respectfully requests that the Court grant this Unopposed Motion and enter an order permanently modifying the conditions of his pretrial release to switch the condition in the Court's Order Setting Conditions of Release under 7(p)(iii) [Home Incarceration] to the listed condition under 7(p)(ii) [Home Detention]., under the terms described above.

Respectfully submitted,

_/s/Paul Doyle_____
Paul Doyle
Tx. Bar 24011387
Trevor Sharon
Tx. Bar 24086579
Paul Doyle & Associates
440 Louisiana, Suite 2300
Houston, Texas 77002
713-228-9200
713-228-9203 (facsimile)
paul@pauldoylelaw.com
trevor@pauldoylelaw.com
Attorneys for Defendant, Naeem Ali

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have communicated with the U.S. Attorney's Office by email regarding the matters addressed in this Motion, and they are unopposed to the relief sought herein.

_/s/Trevor Sharon_
Trevor Sharon

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

                                           _/s/Trevor Sharon_
                                           Trevor Sharon