United States District Court
Southern District of Texas
**ENTERED**
November 21, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:25-cr-131-5 |
| | § | |
| SAYED ALI | § | |

### PRELIMINARY ORDER OF FORFEITURE

Defendant Sayed Ali (hereinafter "Defendant") pleaded guilty of Count One of the Indictment which charged him with Conspiracy, in violation of Title 18, United States Code, Section 371. (Doc. 1).

The Indictment and the Supplemental Notice of Forfeiture provided the Defendant with notice that in the event of conviction, the United States would (1) forfeit any property, real or personal, involved in such offense, or any property traceable to such property, and (2) seek a personal money judgment against the Defendant.

Based upon the evidence presented and applicable law the Court finds that the United States has established the requisite nexus between the property listed below and the offenses of conviction. Specifically, Defendant was employed by Nizar Ali, the owner/operator or partial owner/operator of an illegal gambling business that consisted of approximately thirty (30) game rooms operating in the Southern District of Texas. The gambling businesses violated Texas state law as well as the laws of the political subdivision of Harris County, Texas. In his plea agreement, defendant agreed that the $10,003.00 in United States Currency seized from 1110 Fennel Frond Drive, Richmond, Texas 77406 were proceeds of the conduct alleged in Count One of the Indictment. The Defendant further agreed that he obtained at least

$8000,000.00 in proceeds from Count One of the Indictment.

Accordingly, based on the record and the applicable law, the Court ORDERS that:

1. Defendant Sayed Ali shall forfeit $10,003.00 United States Currency as to Count One, to the United States of America;

2. A personal money judgment is hereby awarded in favor of the United States of America and against Defendant Sayed Ali in the amount of $800,000.00;

3. The United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding;

4. Any person, other than the Defendant, asserting a legal interest in the forfeited property may, within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in that property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in that property, and any other facts which support the petitioner's claim and the relief sought. The petition shall be filed with the United States District Clerk, located at United States Courthouse, 515 Rusk Street, Houston, Texas 77002. A copy of the petition shall be sent to Brandon Fyffe, Assistant United States Attorney, 1000 Louisiana, Suite 2300, Houston, Texas 77002.

5. That Pursuant to Rule 32.2(e) of the Fed. R. Crim. P., the United States may move to amend this Order at any time to forfeit the Defendant's property in

substitution.

6.   That Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and Defendant's Plea Agreement, this order is final as to the Defendant, and shall be made part of the sentence and included in the judgment against him.

Signed at Houston, Texas, on __11/20/25__, 2025.

_____
Alfred H. Bennett
United States District Judge