UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:25-cr-00131 (11) |
| | § | |
| MARIA DELAROSA, | § | |
| Defendant. | § | |

### UNITED STATES' UNOPPOSED MOTION
### FOR ORDER IMPOSING MONEY JUDGMENT

The United States moves for the entry of an order of forfeiture imposing a personal money judgment of $700,000 against Defendant Maria DeLarosa. The Defendant is not opposed to this motion and expressly agreed to the imposition of the money judgment in her Plea Agreement.

Defendant has pleaded guilty to the offense alleged in the Indictment in this case, which charges her with Conspiracy in violations of Title 18, United States Code, Section 371, in connection with the underlying substantive violations of Illegal Gambling Business (18 U.S.C. § 1955); Federal Program Bribery (18 U.S.C § 666(a)(2)); and Travel Act (18 U.S.C § 1952(a)(1) and (3)).

The United States provided notice to the Defendant in the Indictment that pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 1955(d), Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c), in the event of conviction, the United States would seek to forfeit any property, real or personal, that constitutes or is derived, directly or indirectly from proceeds traceable to the offense. The United States also provided notice that it would seek a money judgment equal to the total value of the property

subject to forfeiture, pursuant to Title 21, United States Code, Section 853(p).

The Defendant agreed in paragraph 21 of her Plea Agreement that the factual basis of her guilty plea supports the forfeiture of $700,000 and she agreed to the imposition of a personal money judgment in that amount. The Defendant admitted that one or more of the conditions set forth in Title 21, United States Code, Section 853(p), exists.

By virtue of the plea agreement and the determination of the amount of money generated as proceeds of the offense for which the defendant has pleaded guilty, a money judgment should be entered against defendant in the amount of $700,000.

Accordingly, the United States moves the Court to impose a personal money judgment against the Defendant in the amount of $700,000; the Defendant agrees with the request.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

By:    *s/ S. Mark McIntyre*
       S. Mark McIntyre
       Assistant United States Attorney
       1000 Louisiana, Suite 2300
       Houston, TX 77002

2