UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Action No. 4:25-cr-00131 |
| | § | |
| NIZAR ALI (1) | § | |

**DEFENDANT NIZAR ALI'S**
**UNOPPOSED MOTION TO CONTINUE TRIAL AND RELATED DEADLINES**

Defendant Nizar Ali ("Mr. Ali"), by and through his attorneys of record, files this Unopposed Motion to Continue Trial and Related Deadlines.

1.      On March 26, 2025, Mr. Ali was indicted with one count of Conspiracy, in violation of 18 U.S.C. § 371; thirty-three counts of Federal Program Bribery, in violation of 18 U.S.C. §§ 666(a)(2) and 2; one count of Illegal Gambling Business, in violation of 18 U.S.C. §§ 1955 and 2; one count of Interstate Travel in Aid of Racketeering, in violation of 18 U.S.C. §§ 1952(a)(1)(3) and 2; and one count of Conspiracy to Launder Monetary Instruments, in violation of 18 U.S.C. § 1956(h) (D.E. 1).

2.      On April 3, 2025, Mr. Ali appeared at his arraignment before the Honorable Christina Bryan in the Southern District of Texas, at which time he entered a not-guilty plea and was released on a secured bond.

3.      There are a total of sixteen defendants in this Indictment, nine of whom have entered guilty pleas.  The case has been certified as complex (D.E. 198).

4.      This matter is set for trial by jury on June 8, 2026.

5.      Counsel for Mr. Ali and counsel for the Government have discussed a possible resolution of the case.  Those discussions are ongoing.  The parties respectfully request additional time to continue discussing an agreed conclusion.

6.      Mr. Ali respectfully requests a continuation of the June 8, 2026 trial date pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B).  Additionally, Mr. Ali respectfully requests a continuation of the June 4, 2026 pretrial conference and all associated pretrial deadlines.  Due to the complex nature of the case and the ongoing negotiations with the Government, Mr. Ali respectfully requests at least a four-month continuance so that his attorney can adequately prepare for pretrial proceedings and trial in the event the case does not resolve.

7.      The ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h).

8.      Counsel for Mr. Ali has consulted with counsel for the Government and counsel for all co-defendants, and they are unopposed to the proposed continuance.

WHEREFORE, PREMISES CONSIDERED, Defendant Nizar Ali respectfully requests that the Court set a date for jury selection and trial no sooner than four months from the current trial setting.

Respectfully submitted,

**DRUMHELLER, HOLLINGSWORTH & MONTHY, LLP**

 /s/ *Derek S. Hollingsworth*
Derek S. Hollingsworth
State Bar No. 24002305
Federal I.D. No. 34569
712 Main Street, Suite 1705
Houston, Texas 77002
Telephone: (713) 751-2300
Facsimile: (713) 751-2310
Email:  dhollingsworth@dhmlaw.com

**ATTORNEYS FOR DEFENDANT
NIZAR ALI**

2

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with AUSA Mark McIntyre and counsel for all co-defendants regarding the matters addressed in this Motion, and they are all unopposed to the relief sought herein.

/s/ *Derek S. Hollingsworth*
Derek S. Hollingsworth

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

/s/ *Derek S. Hollingsworth*
Derek S. Hollingsworth