United States District Court
Southern District of Texas
**ENTERED**
May 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:25-CR-00131 |
| | § | |
| NIZAR ALI, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## AMENDED SCHEDULING ORDER

The following deadlines and settings shall govern the disposition of this case:

Pre-trial Motion due:      September  21, 2026

Response due:              October 13, 2026

Pre-trial Order due        October 19, 2026

Docket call set            October 22, 2026, at 2:30 PM

Jury trial set             October 26, 2026, at 9:00 AM

Signed on May 14, 2026.

_____
Alfred H. Bennett
United States District Judge