## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                              Case Number: 4:25–cr–00131

Maria Delarosa

---

### NOTICE OF RESETTING

**A proceeding has been reset in this case as to Maria Delarosa as set forth below.**

**Before the Honorable Alfred H Bennett**

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 8/13/2026

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Sentencing

---

Date: June 13, 2026 Nathan Ochsner, Clerk
by L. Edwards, Deputy Clerk