UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Criminal No. 4:25−cr−00131 |
| | § | |
| | § | |
| Stephanie Huerta | § | |
| | § | |

## Resetting Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty, a presentence report is ordered.

1.    By **August 27, 2026,** the initial presentence report must be disclosed to counsel *(about 35 days after determination of guilt).*

2.    By **September 10, 2026**, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection *(14 days after disclosure).*

3.    By **September 24, 2026**, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues *(14 days after disclosure).*

4.    Sentencing is set for **Thursday, October 1, 2026 at 10:00 AM** *(no sooner than 35 days from initial disclosure).*

5.    For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6.    A defendant who is on bond must go immediately−with a copy of this order−to:

**United States Probation**
**Room 2301, 515 Rusk Avenue, Houston**
**Telephone: (713) 250−5266**

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed June 13, 2026.

Alfred H. Bennett
United States District Judge