UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas

**ENTERED**

June 21, 2026

Nathan Ochsner, Clerk

UNITED STATES OF AMERICA                  §
                                          §
VS.                                       §    CRIMINAL ACTION NO.4:25-CR-00131-6
**Amer Khan**                             §
                                          §
                                          §

## Order for Presentence Investigation and
## Disclosure & Sentencing Dates

The defendant having been found guilty on count _____1_____, a presentence report is ordered.

1.    By **AUGUST 17, 2026**, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2.    By **AUGUST 31, 2026**, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3.    By **SEPTEMBER 14, 2026,** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4.    Sentencing is set for **SEPTEMBER 24, 2026, at 3:30 PM** (*no sooner than 35 days from initial disclosure*).

5.    For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6.    The defendant must go immediately—with a copy of this order—to:
    United States Probation Department Room 2301, 515 Rusk Avenue, Houston
    Telephone: (713) 250-5266 . If you receive this order after 5:00 p.m., report to the
    Probation Department no later than 10:00 a.m. on the next workday.

SIGNED: 6/18/26

Alfred H. Bennett
United States District Judge