# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

United States District Court
Southern District of Texas

**ENTERED**

June 25, 2026

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>  Plaintiff | §<br>§<br>§ | |
| vs | §<br>§ | Case No: 4:25-cr-00131(12) |
| YOLANDA FIGUEROA<br>  Defendant | §<br>§<br>§ | |

### ORDER ON DEFENDANT YOLANDA FIGUEROA'S
### MOTION TO CONTINUE SENTENCING

Pending before the Court is an unopposed Motion to Continue Pretrial Investigation, and Disclosure, and Sentencing dates filed by Defendant in the above styled and numbered cause, Yolanda Figueroa.

IT IS HEREBY ORDERED that the Defendant, Yolanda Figueroa's Motion to Continue Pretrial Investigation, and Disclosure, and Sentencing is GRANTED.

PSI Completion Deadline is set for August 20, 2026

Objection to PSI Deadline is set for   September 3, 2026.

Final PSI Deadline is set for   September 17, 2026.

Sentencing is set for September 24, 2026 at 4:00 pm.

_____

**HONORABLE ALFRED H. BENNETT**
**UNITED STATES DISTRICT JUDGE**