UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Action No. 4:25-cr-00131 |
| | § | |
| NIZAR ALI (1) | § | |

**DEFENDANT NIZAR ALI'S**
**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant Nizar Ali ("Mr. Ali") seeks leave from this Court to modify the terms of his home confinement to allow him to attend daily morning religious services.

Pursuant to the Court's Order Setting Conditions of Release (D.E. 177), Mr. Ali is confined to his house during the pendency of the above-captioned matter as part of his pretrial conditions of bond, and he is being electronically monitored to ensure compliance with those conditions. The terms of Mr. Ali's pretrial bond allow him to leave the home only for medical necessities and court appearances, or activities specifically approved by the court. Additionally, Mr. Ali's pretrial bond prohibits all direct and indirect contact with his co-defendants in this case, some of whom are members of his family and religious community. Mr. Ali has demonstrated compliance with all conditions of his pretrial release to date.

On August 13, 2025, the Court ordered a modification to Mr. Ali's conditions of bond to permit him to attend daily evening prayer services at his religious center (D.E. 228). Mr. Ali respectfully requests that the Court further modify his bond conditions to also permit him to leave home to attend daily morning prayer services at the same location, and to be in the presence of any co-defendant relatives and community members who may also be in attendance. Mr. Ali devoutly attended daily prayer services at his religious center prior to being placed on home confinement, and has regularly attended evening prayer under his modified bond conditions. Attendance at daily

prayer, including the morning prayer service, is a core tenet of Mr. Ali's faith and is essential to Mr. Ali's spiritual practice and well-being.

Accordingly, in addition to the evening prayer services Mr. Ali is already permitted to attend, Mr. Ali requests permission to attend daily morning prayer services at his religious center, Ismaili Jamatkhana and Center, Harvest Green, 9550 Harlem Road, Richmond, Texas 77407, as follows:

- Monday – Sunday, 3:45 a.m. to 6:15 a.m.

If permitted to attend the services, Mr. Ali will provide his pretrial services officer with his exact itinerary, including his times of departure from and return to the home.  Mr. Ali understands and agrees that he is not to discuss any aspect of the pending case with any co-defendant relatives and community members who may be also be in attendance at the services.

Counsel for Mr. Ali has consulted with counsel for the Government and Mr. Ali's pretrial services officer, and they are unopposed to the proposed modification.

Respectfully submitted,

**DRUMHELLER, HOLLINGSWORTH & MONTHY, LLP**

 /s/ *Derek S. Hollingsworth*
Derek S. Hollingsworth
State Bar No. 24002305
Federal I.D. No. 34569
712 Main Street, Suite 1705
Houston, Texas 77002
Telephone: (713) 751-2300
Facsimile: (713) 751-2310
Email:  dhollingsworth@dhmlaw.com

**ATTORNEYS FOR DEFENDANT
NIZAR ALI**

2

## CERTIFICATE OF CONFERENCE

I hereby certify that I have communicated with the U.S. Attorney's Office regarding the matters addressed in this Motion, and it is unopposed to the relief sought herein.  I further certify that my assistant exchanged phone messages with Mr. Ali's pretrial services officer, and pretrial services is unopposed to the relief sought herein.

/s/ *Derek S. Hollingsworth*
Derek S. Hollingsworth

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

/s/ *Derek S. Hollingsworth*
Derek S. Hollingsworth