United States District Court
Southern District of Texas
**ENTERED**
August 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:25-cr-00131 (13)** |
| **CLAUDIA CALDERON,** | § | |
| **Defendant.** | § | |

ORDER IMPOSING MONEY JUDGMENT

Defendant Claudia Calderon pleaded guilty to Count One of the Indictment which charged her with Conspiracy in violations of Title 18, United States Code, Section 371, in connection with the underlying substantive violations of Illegal Gambling Business (18 U.S.C.

§ 1955); Federal Program Bribery (18 U.S.C § 666(a)(2)); and Travel Act (18 U.S.C § 1952(a)(1) and (3)).

The United States provided notice to the Defendant in the Indictment that pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 1955(d), Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c), in the event of conviction, the United States would seek to forfeit any property, real or personal, that constitutes or is derived, directly or indirectly from proceeds traceable to the offense. The United States also provided notice that it would seek a money judgment equal to the total value of the property subject to forfeiture.

The Defendant agreed in her Plea Agreement that the factual basis of her guilty plea supports the forfeiture in an amount not to exceed $725,000.

Having considered the plea agreement, the record and the applicable law, the Court

ORDERS:

1. That Defendant Claudia Calderon shall forfeit an amount not to exceed $725,000 to the United States, and that a personal money judgment is hereby awarded in favor of the United States and against the Defendant in an amount not to exceed $725,000.

2. It is further ORDERED that pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to substitute property to satisfy the money judgment in whole or in part.

This Order will be made part of the Defendant's sentence and included in the judgment.

Signed in Houston, Texas on the 28th day of August, 2026.

Honorable Alfred H. Bennett
United States District Judge