UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NIZAR ALI (1)<br>NAEEM ALI (2)<br>ISHAN DHUKA (3)<br>SAHIL KAROVALIA (4)<br>SAYED ALI (5)<br>AMER KHAN (6)<br>SARFAREZ MAREDIA (7)<br>ANABEL ELOISA GUEVARRA (8)<br>PRECELA SOLIS (9)<br>STEPHANIE HUERTA (10)<br>MARIA DELAROSA (11)<br>YOLANDA FIGUEROA (12)<br>CLAUDIA CALDERON (13)<br>VIVIANA ALVARADO (14)<br>LUCIA HERNANDEZ (15)<br>SHOAIB MAREDIA(16) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CRIMINAL NO. 4:25-cr-00131 |

**<u>UNITED STATES' SECOND SUPPLEMENTAL NOTICE OF FORFEITURE</u>**

The Indictment provides Notice of the Forfeiture of property as provided by Title 18, United States Code, Sections 981(a)(1)(C) and 1955(d), and Title 28, United States Code, Section 2461(c). The United States hereby supplements its Notice of Forfeiture and notifies defendant that the property subject to forfeiture in this matter also includes, but is not limited to the following:

**<u>Real Property:</u>**

1. **Real Property located at 1210 Bellingrath Ct., Sugarland, Texas**

2. **Real Property located at 11007 Dumbreck, Richmond, Texas**

**Seizures from Bank Locations:**

| | **Asset** | **Seizure Date** |
|---|---|---|
| 1. | $24,704.18 seized from Prosperity Bank account ending in 3292 belonging to **Naeem ALI** | April 2, 2025 |
| 2. | $677,012.66 seized from American First National Bank account ending in 7770 belonging to **Triumph Amusement LLC** and **Naeem ALI** | April 2, 2025 |
| 3. | $924,354.47 seized from American First National Bank account ending in 8343 belonging to **Zestful Kitchen LLC** and **Naeem ALI** | April 2, 2025 |
| 4. | $450,000.00, Gold Bars, Four gold bracelets, Blue and Silver Watch 5113810, Silver Watch with leather band 6078674, Silver Watch Leather Band 5592957, Silver Watch Metal Band No Serial Number, Gold Ring with "N", Gold Necklace with Squares, Gold and Diamond Pendant, Gold and Diamond Ring, Gold Necklace with Colored Stones, Gold Ring with Black Stone, Gold and Silver Ring, Gold Ring with Red, Gold Earrings, Gold Bracelet "ALI", Gold & Black Necklace, Gold Diamond Ring, Gold Ring, Gold & Silver Earrings, Gold Pendants, Gold Bracelets, Gold Leaf Earrings, Gold Flower Earrings, Gold Necklace, Gold Pendant Arab, Gold Earrings, Gold Pendants, Gold Earrings, Gold Pendant "M"", Gold Necklace, seized from Safe Deposit Box #805 belonging to **Naeem ALI** at Pioneer FCU, 1521 Lake Pointe Pkwy., Sugar Land, TX | April 2, 2025 |
| 5. | $131,200.00 in U.S. currency seized from **A.M. – CPA of Nizar ALI** at Wells Fargo Bank, 1000 Louisiana, Houston. | April 2, 2025 |
| 6. | $12,179.09 seized from Capital One Bank account ending in 6744 belonging to **Ishan DHUKA** | April 4, 2025 |
| 7. | $3,093.58 and $295,343.83 seized from Capital One Bank accounts ending in 3158 and 2595 belonging to **S.A. – Son of Nizar ALI** | April 4, 2025 |
| 8. | $408,346.92 seized from Wells Fargo Bank account ending in 0163 belonging to **Nizar ALI** | April 4, 2025 |
| 9. | $199,653.10 seized from Wells Fargo Bank account ending in 2923 belonging to **P.A. – Wife of Nizar ALI** | April 4, 2025 |
| 10. | $10,751.12 seized from Wells Fargo Bank account ending in 4462 belonging to **Sahil KAROVALIA** | April 4, 2025 |
| 11. | $5,511.06 seized from Wells Fargo Bank account ending in 4822 belonging to **N.A. – Sister-in-Law of Nizar ALI** | April 4, 2025 |
| 12. | $13,609.28 seized from Nizari Progressive FCU account ending in 1730 belonging to **Naeem ALI** | April 8, 2025 |
| 13. | $19,295.33 seized from Nizari Progressive FCU account ending in 1537 belonging to **N.A. – Sister-in-Law of Nizar ALI** | April 8, 2025 |
| 14. | $750.67 seized from Nizari Progressive FCU account ending in 8237 belonging to **H.A. – Wife of Ishan DHUKA** | April 8, 2025 |

| | | |
|---|---|---|
| 15. | $23,366.78 seized from Nizari Progressive FCU account ending in 7925 belonging to **N.M. – Daughter of Nizar ALI** | April 8, 2025 |
| 16. | $205.75 seized from Nizari Progressive FCU account ending in 6919 belonging to **Ishan DHUKA** | April 8, 2025 |
| 17. | $28,311.32 seized from Nizari Progressive Federal Credit Union account ending in 5203 belonging to **Sahil KAROVALIA** | April 8, 2025 |
| 18. | $20,991.54 seized from Nizari Progressive Federal Credit Union account ending in 1536 belonging to **A.A. – Wife of Sahil KAROVALIA** | April 8, 2025 |
| 19. | $36,524.66 seized from Chase Bank account ending in 3260 belonging to **M.M. – Son in Law of Nizar ALI** | April 8, 2025 |
| 20. | $142,750.06 seized from Cadence Bank account ending in 4180 belonging to **Aura Ventures LLC** and **Naeem ALI** | April 28, 2025 |
| 21. | $2,920,433.90 and $1,000.00 seized from Cadence Bank Certificate of Deposit ending in 3214 and account ending in 9890 belonging to **Mason Reality Partners LLC** and **A.M. – CPA of Nizar ALI** | April 28, 2025 |
| 22. | $611,827.01 and $23,678.62 seized from Value Bank Texas accounts ending in 7351 and 7108 belonging to **Naeem ALI** | May 8, 2025 |
| 23. | $183,346.60 seized from Chase Bank account ending in 9638 belonging to **N.A. – Wife of Naeem ALI** | May 8, 2025 |
| 24. | $241,775.52 seized from Promise One Bank account ending in 1235 belonging to **HSN Brothers Foundation** and **Nizar ALI** | May 8, 2025 |
| 25. | $2,232.69 seized from Nizari Progressive FCU account ending in 5144 belonging to **Soul Group Leaders LLC** and **Naeem ALI** | May 8, 2025 |
| 26. | $94,084.06 seized from Golden Bank account ending in 2112 belonging to **Delightful Kitchen LLC** and **Naeem ALI** | May 14, 2025 |
| 27. | $43,000 (+/-) Charles Schwab Money Management Account ending in 9174 belonging to **Naeem ALI** | INTENTIONALLY LEFT BLANK |

**<u>Seizures from Residential Locations:</u>**

| | | |
|---|---|---|
| 1. | $389,324 in U.S. currency, gold bars, watches, and other jewelry items seized from **Sahil KAROVALIA** at a residence in Rosenberg, Texas | April 2, 2025 |
| 2. | $21,863.00 in U.S. currency seized from **Ishan DHUKA** at a residence in Rosenberg, Texas | April 2, 2025 |
| 3. | $94,492.00 U.S. currency seized from **Amer KHAN** at a residence in Richmond, Texas | April 2, 2025 |
| 4. | $5,000.00 in U.S. currency seized from **H.A. – Brother of Nizar ALI** at a residence in Richmond, Texas | April 2, 2025 |
| 5. | $149,644.00 in U.S. currency, Rolex watch seized from **Shoiab MAREDIA** at a residence in Sugar Land, Texas | April 2, 2025 |
| 6. | $321,452.00 in U.S. currency, Pamp Gold Bars, Bvlgari Serpenti Viper Bracelet, Hermes Noir Anneau | April 2, 2025 |

| | | |
|---|---|---|
| | Bracelet, Tiffany & Co T Square Bracelet, David Yurman Helena Bracelet, Tag [Heuer] Watch, SN: RBR6480, Bvlgari Serpenti Viper Bracelet, Cartier Love Bracelet, SN: RHR529, Hermes Clic H Bracelet, David Yurman Cable Cuff Bracelet, Tiffany & CO T Wire with Mother of pearl, Tiffany & Co Lock Bracelet, Chopard Ice Cube Bracelet, Tiffany T1 Narrow Hinged Bangle, Cartier Love Bracelet, SN: REJ540, Cartier Clash Bracelet, Rado Mother of Pearl Rose Gold Watch, Cartier Watch, SN:136978ZX, Cartier Watch, SN: 836546ZX, Rolex GMT-Master II Watch, SN: OK5OL647, Rolex Watch, SN: M488E546, Rolex Watch with box, SN: 140ZR494, Carier Watch, SN: 196735CX, Tag Carrera Watch, SN: EPC3176, Rolex Watch, SN: 4G6407P7, Rolex watch, SN: 07T716L4, Rolex Watch, SN: 2149A342, Rolex Watch with box, SN:05M8U427, Rolex Watch with box, SN: 6M38F003, Rolex Watch with box, SN: 70J32255, Rolex Watch with box, SN: 41TW3443, Rolex Watch with box, SN: 47C960K4, Rolex Watch with box, SN: 622PE378 seized from **M.M. – Son in Law of Nizar ALI** at a residence in Richmond, Texas | |
| 7. | $184,825.00 in U.S. currency, Rolex Watch with box, SN: 388729Z5; Rolex Watch with box, SN: 292772U1; Rolex Watches with box, SN: 8ZG37205; Rolex Watch with box, SN: D69011PO seized from **M.M. – Father of Son in Law of Nizar ALI** at a residence in Richmond, Texas | April 2, 2025 |
| 8. | $25,000.00 in U.S. currency seized from **N.M. – Daughter of Nizar ALI** at a residence in Richmond, Texas | April 2, 2025 |
| 9. | $21,000.00 in U.S. currency seized from **M.M. – Mother of Son in Law of Nizar ALI** at a residence in Richmond, Texas | April 2, 2025 |
| 10. | $983,176.00 in U.S. currency seized from **Nizar ALI** at a residence in Richmond, Texas | April 2, 2025 |
| 11. | $883,738.00 in U.S. currency, Rolex Watch in Box, Necklace, Ring seized from **Precela SOLIS** at a residence in Houston, Texas | April 2, 2025 |
| 12. | $1,522.00 in United States Currency, 17 Rolex Watches, 2 gold bars seized from **D.M. – Brother-in-Law of Ishan DHUKA and Sahil KAROVALIA** at a residence in Rosenberg, Texas | April 2, 2025 |
| 13. | $1,196,000.00 in U.S. currency seized from **Anabel GUEVARA** at a residence in Houston, Texas | April 2, 2025 |
| 14. | 175 Counterfeit Burberry Watches seized from **Amer KHAN** at a residence in Richmond, Texas. | April 2, 2025 |
| 15. | $10,003.00 in U.S. Currency seized from **Sayid ALI** at 1635 Ryon Falls Dr., Richmond, TX 77469 | April 2, 2025 |

**<u>Seizures from Game Room Locations:</u>**

| | | |
|---|---|---|
| 1. | $5,611.00 U.S. currency (from machines), $13,003.00 U.S. currency (from safes), | April 2, 2025 |

| | | |
|---|---|---|
| | $10,320.00 U.S currency (from ATMs),<br>$2,191.00 U.S. currency (from bag on floor),<br>$850.00 U.S. currency (from kitchen cabinet)<br>80 Gambling Machines seized from game room at 8495 Gulf Freeway, Houston, Texas | |
| 2. | $12,618.00 U.S. currency (from machines),<br>$10,000.00 U.S. currency (from ATMs),<br>$5,575.00 U.S. currency (from safes)<br>72 Gambling Machines seized from game room at 7026 Lawndale, Houston, Texas | April 2, 2025 |
| 3. | $53,084.00 U.S. currency (from Nizar ALI's trunk), 2024 Denali 2500 Diesel Pickup seized from game room at 7026 Lawndale, Houston, Texas | April 2, 2025 |
| 4. | $10,543.00 in U.S. currency (from machines),<br>$1,934.00 in U.S. currency (from safes),<br>$10,340.00 in U.S. currency (from ATMs)<br>85 Gambling Machines seized from game room at 6418 Harrisburg, Houston, Texas | April 2, 2025 |
| 5. | $1,065.00 in U.S. currency (from machines)<br>5 Gambling Machines seized from game room at 4590 W. Tidwell, Houston, Texas | April 2, 2025 |
| 6. | $7,610.00 US currency (from machines),<br>$14,000.00 US currency (from ATMs),<br>$5,835.00 US Currency (from safes)<br>105 Gambling Machines seized from game room at 13131 East Freeway, Houston, Texas | April 2, 2025 |
| 7. | $6,996.00 U.S. currency (from machines),<br>$22,320.00 U.S. currency (from ATMs),<br>$32,304.00 U.S. currency (from safes)<br>105 Gambling Machines seized from game room at 903 Crosstimbers, Houston, Texas | April 2, 2025 |
| 8. | $1,155.00 U.S. currency (from machines),<br>$32,037.00 U.S. currency (from ATMs),<br>$690.00 U.S. currency (from safes)<br>77 Gambling Machines seized from game room at 200 E. Texas, Baytown, Texas | April 2, 2025 |
| 9. | $9,495.00 U.S. currency (from machines),<br>$20,740.00 U.S. currency (from safes),<br>$11,545.00 U.S. currency (from ATMs)<br>114 Gambling Machines seized from game room at 718 E. Tidwell, Houston, Texas | April 2, 2025 |
| 10. | $5,227.00 U.S. currency (from machines),<br>$7,160.00 U.S. currency (from ATMs),<br>$12,055.00 U.S. currency (from safes)<br>71 Gambling Machines seized from game room at 16602 Sea Lark Rd., Houston, Texas | April 2, 2025 |
| 11. | $10,199.00 U.S. currency (from machines),<br>$4,940.00 U.S. currency (from ATMs),<br>$11,417.00 U.S. currency (from safes)<br>74 Gambling Machines seized from game room at 9500 Monroe Rd., Houston, Texas | April 2, 2025 |
| 12. | $5,305.00 U.S. currency (from machines),<br>$6,900.00 U.S. currency (from ATMs),<br>$4,624.00 U.S. currency (from safes) | April 2, 2025 |

| | | |
|---|---|---|
| | 75 Gambling Machines seized from game room at 7120 East Freeway, Houston, Texas | |
| 13. | $14,675.00 U.S. currency (from machines),<br>$24,060.00 U.S. currency (from safes),<br>$18,328.00 U.S. currency (from ATMs)<br>115 Gambling Machines seized from game room at 3620 Tidwell, Houston, Texas | April 2, 2025 |
| 14. | $4,913.00 U.S. currency (from machines),<br>$8,920.00 U.S. currency (from ATMs),<br>$21,530.00 U.S. currency (from safes)<br>84 Gambling Machines seized from game room at 12112 Almeda Rd. #B7 & B8, Houston, Texas | April 2, 2025 |
| 15. | $9,463.00 U.S. currency (from machines),<br>$16,840.00 U.S. currency (from ATMs),<br>$10,791.00 U.S. currency (from safes)<br>72 Gambling Machines seized from game room at 14222 Gulf Freeway, Houston, Texas | April 2, 2025 |
| 16. | $4,740.00 U.S. currency (from machines),<br>$11,436.00 U.S. currency (from safes),<br>$19,620.00 U.S. currency (from ATMs)<br>94 Gambling Machines seized from game room at 12534 Market St., Houston, Texas | April 2, 2025 |
| 17. | $9,973.00 U.S. currency (from machines),<br>$11,480.00 U.S. currency (from ATMs),<br>$242.00 U.S. currency (from safes)<br>97 Gambling Machines seized from game room at 1611 Aldine Mail Rte. Rd., Houston, Texas | April 2, 2025 |
| 18. | $4,715.00 U.S. currency (from machines in room B),<br>$15,660.00 U.S. currency (from safes in Room C),<br>$4,920.00 U.S. currency (from ATMs in room B)<br>86 Gambling Machines seized from game room at 2902 Almeda Genoa Rd., Houston, Texas | April 2, 2025 |
| 19. | $9,769.00 U.S. currency (from machines),<br>$8,960.00 U.S. currency (from safes),<br>$7,140.00 U.S. currency (from ATMs)<br>118 Gambling Machines seized from game room at 7243 Bissonnet, Houston, Texas | April 2, 2025 |
| 20. | $6,810.00 U.S. currency (from machines),<br>$14,930.00 U.S. currency (from safes),<br>$18,180.00 U.S. currency (from ATMs)<br>109 Gambling Machines seized from game room at 12335 Fondren, Houston, Texas | April 2, 2025 |
| 21. | $12,968.00 U.S. currency (from machines),<br>$8,844.00 U.S. currency (from safes),<br>$18,900.00 U.S. currency (from ATMs)<br>86 Gambling Machines seized from game room at 1398 W. Gulf Bank Rd., Houston, Texas | April 2, 2025 |
| 22. | $8,891.00 U.S. currency (from machines),<br>$5,272.00 U.S. currency (from safes),<br>$9,060.00 U.S. currency (from ATMs)<br>92 Gambling Machines seized from game room at 5101 Tidwell, Houston, Texas | April 2, 2025 |
| 23. | $2,136.00 U.S. currency (from machines),<br>$12,468.00 U.S. currency (from safes),<br>$9,340.00 U.S. currency (from ATMs) | April 2, 2025 |

| | | |
|---|---|---|
| | 115 Gambling Machines seized from game room at 5303 Telephone, Houston, Texas | |
| 24. | $6,050.00 U.S. currency (from machines),<br>$17,221.00 U.S. currency (from safes),<br>$10,800.00 U.S. currency (from ATMs),<br>$1,686.00 U.S. currency (on employee)<br>104 Gambling Machines seized from game room at 2543 Gessner, Houston, Texas | April 2, 2025 |
| 25. | $3,444.00 U.S. currency (from machines),<br>$9,366.00 U.S. currency (from safes),<br>$11,420.00 U.S. currency (from ATMs)<br>99 Gambling Machines seized from game room at 10912 S. Post Oak, Houston, Texas | April 2, 2025 |
| 26. | $7,605.00 U.S. currency (from machines),<br>$19,772.00 U.S. currency (from safes),<br>$2,840.00 U.S. currency (from ATMs)<br>113 Gambling Machines seized from game room at 10880 Bissonnet, Houston, Texas | April 2, 2025 |
| 27. | $6,018.00 U.S. currency (from machines),<br>$10,717.00 U.S. currency (from safes),<br>$11,320.00 U.S. currency (from ATMs),<br>$1,620.00 U.S. currency (from register)<br>89 Gambling Machines seized from game room at 11510 Homestead, Houston, Texas | April 2, 2025 |
| 28. | $7,604.00 U.S. currency (from machines),<br>$5,943.00 U.S. currency (from safes),<br>$9,820.00 U.S. currency (from ATMs),<br>$1,745.00 U.S. currency (on employee)<br>96 Gambling Machines seized from game room at 3310 Fuqua, Houston, Texas | April 2, 2025 |
| 29. | $540.00 U.S. currency (from machines)<br>5 Gambling Machines seized from game room at 2322 Little York, Houston, Texas | April 2, 2025 |
| 30. | $615.00 U.S. currency (from machines),<br>$14,415.00 U.S. currency (from safes),<br>$7,260.00 U.S. currency (from ATMs)<br>103 Gambling Machines seized from game room at 14202 SH 249, Houston, Texas | April 2, 2025 |
| 31. | $3,530.00 U.S. currency (from machines),<br>$11,350.00 U.S. currency (from safes),<br>$10,800.00 U.S. currency (from ATMs)<br>110 Gambling Machines seized from game room at 10618 Jones Rd., Houston, Texas | April 2, 2025 |
| 32. | $2,280.00 U.S. currency seized from Yolanda FIGUEROA at 611 Kansas Pasadena, Texas | April 2, 2025 |
| 33. | $29,013.00 U.S. currency seized from Sarfaraz MAREDIA at 5919 Nowlands Run Drive in Sugar Land, Texas | April 2, 2025 |
| 34. | 86 Game Machines, 2 DVR's, and one computer seized from 1398 W. Gulf Bank, Houston Texas | April 2, 2025 |
| 35. | $32,340.00 in U.S. Currency from two ATMs ($17,840 & $14,500) seized from game room at 2210 Allen Genoa, Suite F., Houston, Texas | August 22, 2025 |

**Vehicles:**

| | | |
|---|---|---|
| 1. | 2024 Black GMC Denali Pickup (VIN 1GT19XEY4RF327934) seized from **Nizar ALI** | April 2, 2025 |
| 2. | 2025 Gray Mercedes E45 (VIN W1KLF6BB8SA083449) seized from **Nizar ALI and P.A. – Wife of Nizar ALI** | April 2, 2025 |
| 3. | 2020 White Lincoln Aviator (VIN 5LMYJ8XY1LGL33970) seized from **Naeem ALI** | April 2, 2025 |

**Additional U.S. Currency and Personal Property:**

| | | |
|---|---|---|
| 1. | $50,270.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | March 26, 2025 |
| 2. | $40,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | February 5, 2025 |
| 3. | $40,000.00 U. S. currency, Rolex Watch taken from **Nizar ALI** at UCA Bribery Meet at Taste of Texas 10505 Katy Freeway Houston, Texas. | December 5, 2024 |
| 4. | $40,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | October 4, 2024 |
| 5. | $40,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | August 9, 2024 |
| 6. | $40,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | June 13, 2024 |
| 7. | $40,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | April 5, 2024 |
| 8. | $40,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | February 6, 2024 |
| 9. | $30,100.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | December 7, 2023 |
| 10. | $30,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | October 5, 2023 |
| 11. | $30,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | August 3, 2023 |
| 12. | $20,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | June 16, 2023 |
| 13. | $20,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | April 6, 2023 |

| | | |
|---|---|---|
| 14. | $20,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | February 23, 2023 |
| 15. | $20,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | January 5, 2023 |
| 16. | $20,100.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | November 3, 2022 |
| 17. | $20,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | August 16, 2022 |
| 18. | $20,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | May 20, 2022 |
| 19. | $10,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | February 25, 2022 |
| 20. | $10,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | December 15, 2021 |
| 21. | $6,900.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | September 16, 2021 |
| 22. | $5,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | June 8, 2021 |
| 23. | $3,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | March 31, 2021 |
| 24. | $3,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | February 24, 2021 |
| 25. | $2,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | December 15, 2020 |
| 26. | $2,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | October 27, 2020 |
| 27. | $2,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | August 5, 2020 |
| 28. | $2,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | June 25, 2020 |
| 29. | $2,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | May 29, 2020 |
| 30. | $1,480.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | April 29, 2020 |
| 31. | $2,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | March 25, 2020 |

| | | |
|---|---|---|
| 32. | $1,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | February 27, 2020 |
| 33. | $500.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | February 4, 2020 |
| 34. | $1,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | December 13, 2019 |

Respectfully submitted,

AARON F. REITZ
United States Attorney

By: s/ Tyler Foster
TYLER FOSTER
Assistant United States Attorney
Southern District of Texas No: 3802443
Oklahoma: 34839
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Phone: 361/888-3111 Fax: 361/888-3200
Email: tyler.foster2@udoj.gov