United States District Court
Southern District of Texas
**ENTERED**
September 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Action No. 4:25-cr-00131 |
| | § | |
| NIZAR ALI (1) | § | |

**ORDER GRANTING**
**DEFENDANT NIZAR ALI'S**
**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

On this date the Court considered Defendant Nizar Ali's Unopposed Motion for Leave to Modify Conditions of Release in the above-referenced cause and, after considering said motion, finds that the modification of the terms of home confinement is appropriate. This Court finds that defendant Nizar Ali has need to attend daily morning religious services and hereby GRANTS modification of the terms of his home confinement. It is, therefore,

(1) ORDERED that Mr. Ali will be permitted to leave his residence and attend daily morning prayer services at Ismaili Jamatkhana and Center, Harvest Green, 9550 Harlem Road, Richmond, Texas 77407;

(2) ORDERED that Mr. Ali will be permitted contact with his co-defendants solely for the purpose of participating in these religious services. Mr. Ali is not to discuss any aspect of the pending case with any co-defendant and/or witness during these services; and

(3) ORDERED that Mr. Ali will provide his pretrial services officer with his exact itinerary, including times of departure from and return to the home, and will comply with any other requirements set forth by pretrial services.

SIGNED the ____ day of SEP 0 8 2026, 2026.

The Honorable Alfred H. Bennett
United States District Judge