**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v. Case Number: 4:25−cr−00131

Claudia Calderon

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 1/7/2027

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Sentencing

Date: September 16, 2026

Nathan Ochsner, Clerk
by L. Edwards, Deputy Clerk