UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:25-cr-00131 |
| | § | |
| NIZAR ALI (1) | § | |
| NAEEM ALI (2) | § | |
| ISHAN DHUKA (3) | § | |
| SAHIL KAROVALIA (4) | § | |
| SAYED ALI (5) | § | |
| AMER KHAN (6) | § | |
| SARFAREZ MAREDIA (7) | § | |
| ANABEL ELOISA GUEVARRA (8) | § | |
| PRECELA SOLIS (9) | § | |
| STEPHANIE HUERTA (10) | § | |
| MARIA DELAROSA (11) | § | |
| YOLANDA FIGUEROA (12) | § | |
| CLAUDIA CALDERON (13) | § | |
| VIVIANA ALVARADO (14) | § | |
| LUCIA HERNANDEZ (15) | § | |
| SHOAIB MAREDIA(16) | § | |

**UNITED STATES' THIRD SUPPLEMENTAL NOTICE OF FORFEITURE**

The Indictment provides Notice of the Forfeiture of property as provided by Title 18, United States Code, Sections 981(a)(1)(C) and 1955(d), and Title 28, United States Code, Section 2461(c). The United States hereby supplements its Notice of Forfeiture and notifies defendant that the property subject to forfeiture in this matter also includes, but is not limited to the following:

**Financial Account:**

All Funds on deposit in Schwab One stock account ending in *2442.

**Items seized from 11615 Kirkshaw Drive, Richmond, Texas:**

1. Rolex Watch in Box S/N: 14JT7348
2. Rolex Watch in Box S/N: 7Q6883M3
3. Rolex Watch in Box S/N: Z095N029
4. Rolex Watch in Box S/N: 399E6368

5. Rolex Watch in Box S/N: 4E299997
6. Rolex Watch in Box S/N: L423F166
7. Rolex Watch in Box S/N: G33V3035
8. Rolex Watch in Box S/N: 047H3464
9. Rolex Watch in Box S/N: 140Q0129
10. Rolex Watch in Box S/N: 9EM94150
11. Rolex Watch in Box S/N: 15EU4879
12. Rolex Watch in Box S/N: G94G9952
13. Rolex Watch in Box S/N: 88H949D0
14. Rolex Watch in Box S/N: T3687661
15. Rolex Watch in Box S/N: 90R77458
16. Rolex Watch in Box S/N: 446ME859
17. Rolex Watch in Box S/N: 18CZ4506
18. Rolex Watch in Box S/N: 1AU29771
19. Rolex Watch in Box S/N: T0C36011
20. Rolex Watch in Box S/N: RQ497858
21. Rolex Watch in Box S/N: 050920U9
22. Rolex Watch in Box S/N: 8M021820
23. Rolex Watch in Box S/N: A68591V2
24. Rolex Watch in Box S/N: 4U517671
25. Cartier Watch S/N: 277113AX
26. Cartier Watch S/N: 331686CX
27. Cartier Watch S/N: 524743CX
28. Cartier Watch S/N: 381982CX
29. Cartier Watch S/N: 392725CX
30. TAG Watch S/N: RDA6423
31. TAG Watch S/N: RDM4180
32. TAG Watch S/N: WUJ5490
33. TAG Watch S/N: WUM5381
34. Breitling Watch S/N: 6823077
35. Breitling Watch S/N: 5119469
36. Breitling Watch S/N: 5265333
37. Breitling Watch S/N: 6255278
38. Rado Watch S/N: 14732130
39. TAG Watch S/N: WZF6265
40. Tennis Bracelet (marked #1): Yellow Gold with Squared Gems
41. Tennis Bracelet (marked #2): White Gold with Small Squared Gems
42. Tennis Bracelet (marked #3): Yellow Gold with Squared Gems
43. Tennis Bracelet (marked #4): White Gold with Round Gems
44. Hermes Bracelet (marked #5): Black and Gold
45. Tiffany Bracelet (marked #6): Yellow Gold
46. Tiffany Bracelet (marked #7): White Gold
47. David Yurman Bracelet (marked #8): Silver
48. Bangle Bracelets (marked #9): Set of (10) Gold with Gems
49. Set of Two Rings (marked #1): White Gold with Gems
50. Wedding Set of Two Rings (marked #2): White Gold with Gems

51. Ring (marked #3): White Gold with Pear Cut Gem
52. Ring (marked #4): White Gold Large Round Gem
53. Ring (marked #5): Yellow Gold Large Round Gem
54. Ring (marked #6): Yellow Gold Small Gems
55. Ring (marked #7): David Yurman Gold and Silver Small Gems
56. Ring (marked #8): Tiffany Atlas Yellow Gold
57. Necklace (marked #1): White Gold Square and Round Pendant
58. Necklace (marked #2): White Gold Emerald Cut Pendant
59. Necklace (marked #3): White Gold Small Round Gems
60. Necklace (marked #4): White Gold Large Round Gems
61. Necklace (marked #5): Silver Chain Small Round Gem
62. Pair of Earrings (marked #1): White Gold with Ear Jacket and Gems
63. Pair of Earrings (marked #2): White Gold and Gem Studs
64. Pair of Earrings (marked #3): White Gold Dangling Gems
65. Miscellaneous Gold Bars (PAMP Suisse 20g Fine Gold 999.9)
66. Gold Box Necklace
67. Gold Ring
68. Gold Bracelet
69. Diamond Earrings

Respectfully submitted,

AARON F. REITZ
United States Attorney

By: s/ Tyler Foster
TYLER FOSTER
Assistant United States Attorney
Southern District of Texas No: 3802443
Oklahoma: 34839
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Phone: 361/888-3111 Fax: 361/888-3200
Email: tyler.foster2@udoj.gov