United States District Court
Southern District of Texas
**ENTERED**
September 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:25-CR-00131-014 |
| | § | |
| VIVIANA ALVARADO | § | |

# Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count 1, a presentence report is ordered.

1. By **December 4, 2026**, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By **December 18, 2026,** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By **January 8, 2027,** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **January 14, 2027, at 10:30 AM** (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this order—to:
United States Probation Department Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266 . If you receive this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

SIGNED: 9/29/26

Alfred H. Bennett
United States District Judge