United States District Court
Southern District of Texas
**ENTERED**
October 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:25-cr-00131-01 |
| | § | |
| NIZAR ALI, ET AL | § | |
| Defendants | § | |

**PRELIMINARY ORDER OF FORFEITURE**

On October 15, 2026, Defendant Nizar Ali ("Defendant") pleaded guilty to Counts Twenty-Two and Thirty-Seven of the Indictment, which charge Defendant with Federal Program Bribery, in violation of 18 USC §§ 666(a)(2) and 2, Count Twenty-Two; and Conspiracy to Launder Monetary Instruments, in violation of 18 U.S.C. § 1956(h), Count Thirty-Seven.

The United States provided notice to the Defendant in the Indictment that in the event of conviction of the offenses charged in the Indictment, the United States would seek 1) to forfeit, pursuant to Title 18 U.S.C. §§ 981 (a)(1)(C), 982 (a)(1), 1955(d); and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the above-named violations, and 2) a personal money judgment against the defendant.

Pursuant to Fed. R. Crim. P. 32.2(b)(1)(A), the Court finds that based on the record in this case, the requisite nexus has been established between the properties listed below and the offenses of conviction.

Accordingly, the Court ORDERS that:

1. The following properties are forfeited to the United States of America:

**Real Property:**

a. Real Property located at 1342 Wild Mustang Trail, Richmond, Texas.

b. Real Property located at 1203 Grand Estate Drive, Richmond, Texas.

c. Real Property located at 918 Georgia Blue Drive, Richmond, Texas.

d. Real Property located at 4311 Archer Meadow Lane, Richmond, Texas.

e. Real Property located at 1318 Vinter Meadows Lane, Richmond, Texas.

f. Real Property located at 17611 Galloway Forest Drive, Richmond, Texas.

g. Real Property located at 2003 Sapphire Pines Lane, Rosenberg, Texas.

h. Real Property located at 5643 SW 29th Street El Reno, Oklahoma.

i. Real Property located at 11007 Dumbreck, Richmond, Texas.

j. Real Property located at 1210 Bellingrath Ct., Sugarland, Texas.

**Seizures from Bank Locations:**

| | Asset | Seizure Date |
|---|---|---|
| a. | $24,704.18 seized from Prosperity Bank account ending in 3292 belonging to **Naeem ALI** | April 2, 2025 |
| b. | $677,012.66 seized from American First National Bank account ending in 7770 belonging to **Triumph Amusement LLC** and **Naeem ALI** | April 2, 2025 |
| c. | $924,354.47 seized from American First National Bank account ending in 8343 belonging to **Zestful Kitchen LLC** and **Naeem ALI** | April 2, 2025 |
| d. | $450,000.00 seized from Safe Deposit Box #805 belonging to **Naeem ALI** at Pioneer FCU, 1521 Lake Pointe Pkwy., Sugar Land, TX | April 2, 2025 |
| e. | $131,200.00 in U.S. currency seized from **A.M. – CPA of Nizar ALI** at Wells Fargo Bank, 1000 Louisiana, Houston. | April 2, 2025 |
| f. | $12,179.09 seized from Capital One Bank account ending in 6744 belonging to **Ishan DHUKA** | April 4, 2025 |
| g. | $3,093.58 and $295,343.83 seized from Capital One Bank accounts ending in 3158 and 2595 belonging to **S.A. – Son of Nizar ALI** | April 4, 2025 |
| h. | $408,346.92 seized from Wells Fargo Bank account ending in 0163 belonging to **Nizar ALI** | April 4, 2025 |
| i. | $199,653.10 seized from Wells Fargo Bank account ending in 2923 belonging to **P.A. – Wife of Nizar ALI** | April 4, 2025 |
| j. | $10,751.12 seized from Wells Fargo Bank account ending in 4462 belonging to **Sahil KAROVALIA** | April 4, 2025 |
| k. | $5,511.06 seized from Wells Fargo Bank account ending in 4822 belonging to **N.A. – Sister-in-Law of Nizar ALI** | April 4, 2025 |

| | | |
|---|---|---|
| l. | $13,609.28 seized from Nizari Progressive FCU account ending in 1730 belonging to **Naeem ALI** | April 8, 2025 |
| m. | $19,295.33 seized from Nizari Progressive FCU account ending in 1537 belonging to **N.A. – Sister-in-Law of Nizar ALI** | April 8, 2025 |
| n. | $750.67 seized from Nizari Progressive FCU account ending in 8237 belonging to **H.A. – Wife of Ishan DHUKA** | April 8, 2025 |
| o. | $23,366.78 seized from Nizari Progressive FCU account ending in 7925 belonging to **N.M. – Daughter of Nizar ALI** | April 8, 2025 |
| p. | $205.75 seized from Nizari Progressive FCU account ending in 6919 belonging to **Ishan DHUKA** | April 8, 2025 |
| q. | $28,311.32 seized from Nizari Progressive Federal Credit Union account ending in 5203 belonging to **Sahil KAROVALIA** | April 8, 2025 |
| r. | $20,991.54 seized from Nizari Progressive Federal Credit Union account ending in 1536 belonging to **A.A. – Wife of Sahil KAROVALIA** | April 8, 2025 |
| s. | $36,524.66 seized from Chase Bank account ending in 3260 belonging to **M.M. – Son in Law of Nizar ALI** | April 8, 2025 |
| t. | $142,750.06 seized from Cadence Bank account ending in 4180 belonging to **Aura Ventures LLC** and **Naeem ALI** | April 28, 2025 |
| u. | $2,920,433.90 and $1,000.00 seized from Cadence Bank Certificate of Deposit ending in 3214 and account ending in 9890 belonging to **Mason Reality Partners LLC** and **A.M. – CPA of Nizar ALI** | April 28, 2025 |
| v. | $611,827.01 and $23,678.62 seized from Value Bank Texas accounts ending in 7351 and 7108 belonging to **Naeem ALI** | May 8, 2025 |
| w. | $183,346.60 seized from Chase Bank account ending in 9638 belonging to **N.A. – Wife of Naeem ALI** | May 8, 2025 |
| x. | $241,775.52 seized from Promise One Bank account ending in 1235 belonging to **HSN Brothers Foundation** and **Nizar ALI** | May 8, 2025 |
| y. | $2,232.69 seized from Nizari Progressive FCU account ending in 5144 belonging to **Soul Group Leaders LLC** and **Naeem ALI** | May 8, 2025 |
| z. | $94,084.06 seized from Golden Bank account ending in 2112 belonging to **Delightful Kitchen LLC** and **Naeem ALI** | May 14, 2025 |
| aa. | $43,000 (+/-) Charles Schwab Money Management Account ending in 9174 belonging to **Naeem ALI** | INTENTIONALLY LEFT BLANK |
| bb. | All Funds on deposit in Schwab One stock account ending in 2442 | INTENTIONALLY LEFT BLANK |

**Seizures from Residential Locations:**

| | | |
|---|---|---|
| a. | $389,324 in U.S. currency, gold bars, watches, and other jewelry items seized from **Sahil KAROVALIA** at a residence in Rosenberg, Texas | April 2, 2025 |
| b. | $21,863.00 in U.S. currency seized from **Ishan DHUKA** at a residence in Rosenberg, Texas | April 2, 2025 |

| | | |
|---|---|---|
| c. | $94,492.00 U.S. currency seized from **Amer KHAN** at a residence in Richmond, Texas | April 2, 2025 |
| d. | $10,003.00 U.S. currency, 10G Gold Nugget, 5G Gold Nugget, 3G Gold Nugget seized from **Sayid ALI** at a residence in Richmond, Texas | April 2, 2025 |
| e. | $5,000.00 in U.S. currency seized from **H.A. – Brother of Nizar ALI** at a residence in Richmond, Texas | April 2, 2025 |
| f. | $149,644.00 in U.S. currency, Rolex watch seized from **Shoiab MAREDIA** at a residence in Sugar Land, Texas | April 2, 2025 |
| g. | $321,452.00 in U.S. currency, Pamp Gold Bars, Bvlgari Serpenti Viper Bracelet, Cartier Love Bracelet, SN: RHR529, Hermes Clic H Bracelet, David Yurman Cable Cuff Bracelet, Tiffany & CO T Wire with Mother of pearl, Tiffany & Co Lock Bracelet, Chopard Ice Cube Bracelet, Tiffany T1 Narrow Hinged Bangle, Cartier Love Bracelet, SN: REJ540, Cartier Clash Bracelet, Rado Mother of Pearl Rose Gold Watch, Cartier Watch, SN:136978ZX, Cartier Watch, SN: 836546ZX, Rolex GMT-Master II Watch, SN: OK5OL647, Rolex Watch, SN: M488E546, Rolex Watch with box, SN: 140ZR494, Cartier Watch, SN: 196735CX, Tag Carrera Watch, SN: EPC3176, Rolex Watch, SN: 4G6407P7, Rolex Watch, SN: 07T716L4, Rolex Watch, SN: 2149A342, Rolex Watch with box, SN:05M8U427, Rolex Watch with box, SN: 6M38F003, Rolex Watch with box, SN: 70J32255, Rolex Watch with box, SN: 41TW3443, Rolex Watch with box, SN: 47C960K4, Rolex Watch with box, SN: 622PE378 seized from **M.M. – Son in Law of Nizar ALI** at a residence in Richmond, Texas | April 2, 2025 |
| h. | $184,825.00 in U.S. currency, seized from **M.M. – Father of Son in Law of Nizar ALI** at a residence in Richmond, Texas | April 2, 2025 |
| i. | $25,000.00 in U.S. currency seized from **N.M. – Daughter of Nizar ALI** at a residence in Richmond, Texas | April 2, 2025 |
| j. | $21,000.00 in U.S. currency seized from **M.M. – Mother of Son in Law of Nizar ALI** at a residence in Richmond, Texas | April 2, 2025 |
| k. | $983,176.00 in U.S. currency seized from **Nizar ALI** at a residence in Richmond, Texas | April 2, 2025 |
| l. | $883,738.00 in U.S. currency, Rolex Watch in Box, Necklace, Ring seized from **Precela SOLIS** at a residence in Houston, Texas | April 2, 2025 |
| m. | $1,522.00 in United States Currency, 17 Rolex Watches, 2 gold bars seized from **D.M. – Brother-in-Law of Ishan DHUKA and Sahil KAROVALIA** at a residence in Rosenberg, Texas | April 2, 2025 |
| n. | $1,196,000.00 in U.S. currency seized from **Anabel GUEVARA** at a residence in Houston, Texas | April 2, 2025 |
| o. | 175 Counterfeit Burberry Watches seized from **Amer KHAN** at a residence in Richmond, Texas. | April 2, 2025 |

**Seizures from Game Room Locations:**

| | | |
|---|---|---|
| a. | $5,611.00 U.S. currency (from machines),<br>$13,003.00 U.S. currency (from safes),<br>$10,320.00 U.S currency (from ATMs),<br>$2,191.00 U.S. currency (from bag on floor),<br>$850.00 U.S. currency (from kitchen cabinet)<br>80 Gambling Machines seized from game room at 8495 Gulf Freeway, Houston, Texas | April 2, 2025 |
| b. | $12,618.00 U.S. currency (from machines),<br>$10,000.00 U.S. currency (from ATMs),<br>$5,575.00 U.S. currency (from safes)<br>72 Gambling Machines seized from game room at 7026 Lawndale, Houston, Texas | April 2, 2025 |
| c. | $53,084.00 U.S. currency (from Nizar ALI's trunk),<br>2024 Denali 2500 Diesel Pickup seized from game room at 7026 Lawndale, Houston, Texas | April 2, 2025 |
| d. | $10,543.00 in U.S. currency (from machines),<br>$1,934.00 in U.S. currency (from safes),<br>$10,340.00 in U.S. currency (from ATMs)<br>85 Gambling Machines seized from game room at 6418 Harrisburg, Houston, Texas | April 2, 2025 |
| e. | $1,065.00 in U.S. currency (from machines)<br>5 Gambling Machines seized from game room at 4590 W. Tidwell, Houston, Texas | April 2, 2025 |
| f. | $7,610.00 US currency (from machines),<br>$14,000.00 US currency (from ATMs),<br>$5,835.00 US Currency (from safes)<br>105 Gambling Machines seized from game room at 13131 East Freeway, Houston, Texas | April 2, 2025 |
| g. | $6,996.00 U.S. currency (from machines),<br>$22,320.00 U.S. currency (from ATMs),<br>$32,304.00 U.S. currency (from safes)<br>105 Gambling Machines seized from game room at 903 Crosstimbers, Houston, Texas | April 2, 2025 |
| h. | $1,155.00 U.S. currency (from machines),<br>$32,037.00 U.S. currency (from ATMs),<br>$690.00 U.S. currency (from safes)<br>77 Gambling Machines seized from game room at 200 E. Texas, Baytown, Texas | April 2, 2025 |
| i. | $9,495.00 U.S. currency (from machines),<br>$20,740.00 U.S. currency (from safes),<br>$11,545.00 U.S. currency (from ATMs)<br>114 Gambling Machines seized from game room at 718 E. Tidwell, Houston, Texas | April 2, 2025 |
| j. | $5,227.00 U.S. currency (from machines),<br>$7,160.00 U.S. currency (from ATMs),<br>$12,055.00 U.S. currency (from safes)<br>71 Gambling Machines seized from game room at 16602 Sea Lark Rd., Houston, Texas | April 2, 2025 |
| k. | $10,199.00 U.S. currency (from machines),<br>$4,940.00 U.S. currency (from ATMs),<br>$11,417.00 U.S. currency (from safes)<br>74 Gambling Machines seized from game room at 9500 Monroe Rd., Houston, Texas | April 2, 2025 |

| | | |
|---|---|---|
| l. | $5,305.00 U.S. currency (from machines),<br>$6,900.00 U.S. currency (from ATMs),<br>$4,624.00 U.S. currency (from safes)<br>75 Gambling Machines seized from game room at 7120 East Freeway, Houston, Texas | April 2, 2025 |
| m. | $14,675.00 U.S. currency (from machines),<br>$24,060.00 U.S. currency (from safes),<br>$18,328.00 U.S. currency (from ATMs)<br>115 Gambling Machines seized from game room at 3620 Tidwell, Houston, Texas | April 2, 2025 |
| n. | $4,913.00 U.S. currency (from machines),<br>$8,920.00 U.S. currency (from ATMs),<br>$21,530.00 U.S. currency (from safes)<br>84 Gambling Machines seized from game room at 12112 Almeda Rd. #B7 & B8, Houston, Texas | April 2, 2025 |
| o. | $9,463.00 U.S. currency (from machines),<br>$16,840.00 U.S. currency (from ATMs),<br>$10,791.00 U.S. currency (from safes)<br>72 Gambling Machines seized from game room at 14222 Gulf Freeway, Houston, Texas | April 2, 2025 |
| p. | $4,740.00 U.S. currency (from machines),<br>$11,436.00 U.S. currency (from safes),<br>$19,620.00 U.S. currency (from ATMs)<br>94 Gambling Machines seized from game room at 12534 Market St., Houston, Texas | April 2, 2025 |
| q. | $9,973.00 U.S. currency (from machines),<br>$11,480.00 U.S. currency (from ATMs),<br>$242.00 U.S. currency (from safes)<br>97 Gambling Machines seized from game room at 1611 Aldine Mail Rte. Rd., Houston, Texas | April 2, 2025 |
| r. | $4,715.00 U.S. currency (from machines in room B),<br>$15,660.00 U.S. currency (from safes in Room C),<br>$4,920.00 U.S. currency (from ATMs in room B)<br>86 Gambling Machines seized from game room at 2902 Almeda Genoa Rd., Houston, Texas | April 2, 2025 |
| s. | $9,769.00 U.S. currency (from machines),<br>$8,960.00 U.S. currency (from safes),<br>$7,140.00 U.S. currency (from ATMs)<br>118 Gambling Machines seized from game room at 7243 Bissonnet, Houston, Texas | April 2, 2025 |
| t. | $6,810.00 U.S. currency (from machines),<br>$14,930.00 U.S. currency (from safes),<br>$18,180.00 U.S. currency (from ATMs)<br>109 Gambling Machines seized from game room at 12335 Fondren, Houston, Texas | April 2, 2025 |
| u. | $12,968.00 U.S. currency (from machines),<br>$8,844.00 U.S. currency (from safes),<br>$18,900.00 U.S. currency (from ATMs)<br>86 Gambling Machines seized from game room at 1398 W. Gulf Bank Rd., Houston, Texas | April 2, 2025 |
| v. | $8,891.00 U.S. currency (from machines),<br>$5,272.00 U.S. currency (from safes),<br>$9,060.00 U.S. currency (from ATMs)<br>92 Gambling Machines seized from game room at 5101 Tidwell, Houston, Texas | April 2, 2025 |

| | | |
|---|---|---|
| w. | $2,136.00 U.S. currency (from machines),<br>$12,468.00 U.S. currency (from safes),<br>$9,340.00 U.S. currency (from ATMs)<br>115 Gambling Machines seized from game room at 5303 Telephone, Houston, Texas | April 2, 2025 |
| x. | $6,050.00 U.S. currency (from machines),<br>$17,221.00 U.S. currency (from safes),<br>$10,800.00 U.S. currency (from ATMs),<br>$1,686.00 U.S. currency (on employee)<br>104 Gambling Machines seized from game room at 2543 Gessner, Houston, Texas | April 2, 2025 |
| y. | $3,444.00 U.S. currency (from machines),<br>$9,366.00 U.S. currency (from safes),<br>$11,420.00 U.S. currency (from ATMs)<br>99 Gambling Machines seized from game room at 10912 S. Post Oak, Houston, Texas | April 2, 2025 |
| z. | $7,605.00 U.S. currency (from machines),<br>$19,772.00 U.S. currency (from safes),<br>$2,840.00 U.S. currency (from ATMs)<br>113 Gambling Machines seized from game room at 10880 Bissonnet, Houston, Texas | April 2, 2025 |
| aa. | $6,018.00 U.S. currency (from machines),<br>$10,717.00 U.S. currency (from safes),<br>$11,320.00 U.S. currency (from ATMs),<br>$1,620.00 U.S. currency (from register)<br>89 Gambling Machines seized from game room at 11510 Homestead, Houston, Texas | April 2, 2025 |
| bb. | $7,604.00 U.S. currency (from machines),<br>$5,943.00 U.S. currency (from safes),<br>$9,820.00 U.S. currency (from ATMs),<br>$1,745.00 U.S. currency (on employee)<br>96 Gambling Machines seized from game room at 3310 Fuqua, Houston, Texas | April 2, 2025 |
| cc. | $540.00 U.S. currency (from machines)<br>5 Gambling Machines seized from game room at 2322 Little York, Houston, Texas | April 2, 2025 |
| dd. | $615.00 U.S. currency (from machines),<br>$14,415.00 U.S. currency (from safes),<br>$7,260.00 U.S. currency (from ATMs)<br>103 Gambling Machines seized from game room at 14202 SH 249, Houston, Texas | April 2, 2025 |
| ee. | $3,530.00 U.S. currency (from machines),<br>$11,350.00 U.S. currency (from safes),<br>$10,800.00 U.S. currency (from ATMs)<br>110 Gambling Machines seized from game room at 10618 Jones Rd., Houston, Texas | April 2, 2025 |
| ff. | $2,280.00 U.S. currency seized from **Yolanda FIGUEROA** at 611 Kansas Pasadena, Texas | April 2, 2025 |
| gg. | $29,013.00 U.S. currency seized from **Sarfaraz MAREDIA** at 5919 Nowlands Run Drive in Sugar Land, Texas | April 2, 2025 |
| hh. | 86 Game Machines, 2 DVR's, and one computer seized from 1398 W. Gulf Bank, Houston Texas | April 2, 2025 |

| | | |
|---|---|---|
| ii. | $32,340.00 in U.S. Currency from two ATMs ($17,840 & $14,500) seized from game room at 2210 Allen Genoa, Suite F., Houston, Texas | August 22, 2025 |

**Vehicles:**

| | | |
|---|---|---|
| a. | 2024 Black GMC Denali Pickup (VIN 1GT19XEY4RF327934) seized from **Nizar ALI** | April 2, 2025 |
| b. | 2021 Blue Lincoln Aviator (VIN 5LM5J7WC8MGL17205) seized from **Ishan DHUKA** | April 2, 2025 |
| c. | 2023 Gray BMW X7 (VIN 5UX33EM06P9R34146) seized from **M.M. and N.M. – Son in Law and Daughter of Nizar ALI** | April 2, 2025 |
| d. | 2024 Black BMW X5/M3SX5M (VIN 5YM13ET01R9T91566) seized from **M.M. and N.M. – Son in Law and Daughter of Nizar ALI** | April 2, 2025 |
| e. | 2024 Gray BMW X6 SUV (VIN 5YM23ET09R9S41371) seized from **Naeem ALI and N.A. – Wife of Naeem ALI** | April 2, 2025 |
| f. | 2022 Silver Ford F150 Pickup (VIN 1FTEW1E80NFA11447) seized from **Ishan DHUKA** | April 2, 2025 |
| g. | 2023 Black BMW 760 (VIN WBA33EJ04PCL68154) seized from **Naeem ALI and N.A. – Wife of Nizar ALI** | INTENTIONALLY LEFT BLANK |
| h. | 2020 White Lincoln Aviator (VIN 5LMYJ8XY1LGL33970) seized from **Naeem ALI** | INTENTIONALLY LEFT BLANK |
| i. | 2023 Black Mercedes Benz GLE (VIN 4JGFD8KB3PA886813) seized from **Sahil KAROVALIA** | INTENTIONALLY LEFT BLANK |

**Additional U.S. Currency and Personal Property:**

| | | |
|---|---|---|
| a. | $50,270.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | March 26, 2025 |
| b. | $40,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | February 5, 2025 |
| c. | $40,000.00 U. S. currency, Rolex Watch taken from **Nizar ALI** at UCA Bribery Meet at Taste of Texas 10505 Katy Freeway Houston, Texas. | December 5, 2024 |
| d. | $40,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | October 4, 2024 |
| e. | $40,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | August 9, 2024 |
| f. | $40,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | June 13, 2024 |
| g. | $40,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | April 5, 2024 |

| | | |
|---|---|---|
| h. | $40,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | February 6, 2024 |
| i. | $30,100.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | December 7, 2023 |
| j. | $30,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | October 5, 2023 |
| k. | $30,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | August 3, 2023 |
| l. | $20,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | June 16, 2023 |
| m. | $20,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | April 6, 2023 |
| n. | $20,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | February 23, 2023 |
| o. | $20,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | January 5, 2023 |
| p. | $20,100.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | November 3, 2022 |
| q. | $20,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | August 16, 2022 |
| r. | $20,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | May 20, 2022 |
| s. | $10,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | February 25, 2022 |
| t. | $10,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | December 15, 2021 |
| u. | $6,900.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | September 16, 2021 |
| v. | $5,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | June 8, 2021 |
| w. | $3,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | March 31, 2021 |
| x. | $3,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | February 24, 2021 |
| y. | $2,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | December 15, 2020 |

| | | |
|---|---|---|
| z. | $2,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | October 27, 2020 |
| aa. | $2,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | August 5, 2020 |
| bb. | $2,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | June 25, 2020 |
| cc. | $2,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | May 29, 2020 |
| dd. | $1,480.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | April 29, 2020 |
| ee. | $2,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | March 25, 2020 |
| ff. | $1,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | February 27, 2020 |
| gg. | $500.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | February 4, 2020 |
| hh. | $1,000.00 U.S. currency taken from **Nizar ALI** at UCA Bribery Meet at HEB 3111 Woodridge Drive Houston, Texas. | December 13, 2019 |

**Items seized from 11615 Kirkshaw Drive, Richmond, Texas:**

| | |
|---|---|
| 1. | TAG Watch S/N: RDA6423 |
| 2. | TAG Watch S/N: RDM4180 |
| 3. | TAG Watch S/N: WUJ5490 |
| 4. | TAG Watch S/N: WUM5381 |
| 5. | Rado Watch S/N: 14732130 |
| 6. | TAG Watch S/N: WZF6265 |
| 7. | Tennis Bracelet (marked #1): Yellow Gold with Squared Gems |
| 8. | Tennis Bracelet (marked #3): Yellow Gold with Squared Gems |
| 9. | Hermes Bracelet (marked #5): Black and Gold |
| 10. | Tiffany Bracelet (marked #6): Yellow Gold |
| 11. | Tiffany Bracelet (marked #7): White Gold |
| 12. | David Yurman Bracelet (marked #8): Silver |
| 13. | Ring (marked #3): White Gold with Pear Cut Gem |
| 14. | Ring (marked #6): Yellow Gold Small Gems |
| 15. | Ring (marked #7): David Yurman Gold and Silver Small Gems |
| 16. | Ring (marked #8): Tiffany Atlas Yellow Gold |
| 17. | Necklace (marked #5): Silver Chain Small Round Gem |
| 18. | Gold Box Necklace |
| 19. | Gold Ring |
| 20. | Gold Bracelet |
| 21. | Diamond Earrings |

2. A personal money judgment in the amount of $23.5 million is imposed against the Defendant. In the event that one or more conditions listed in Title 21 U.S.C. § 853(p) exist, the United States will seek to forfeit any other property of the defendant up to the total value of the property subject to forfeiture.
3. The United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.
4. Any person, other than the Defendant, asserting a legal interest in the forfeited property may, within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of their alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in that property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in that property, and any other facts which support the petitioner's claim and the relief sought. The petition shall be filed with the United States District Clerk, Southern District of Texas, Houston Division, United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002. A copy of the petition shall be sent to Tyler Foster, Assistant United States Attorney, 800 N. Shoreline Blvd, Suite 500 |Corpus Christi, Texas 78401.
5. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall become final as to the Defendant Nizar Ali immediately and shall be made part of his sentence and included in his judgment.

Signed at Houston, Texas, on 10/15/26, 2026.

Alfred H. Bennett
United States District Judge