United States District Court
Southern District of Texas
**ENTERED**
October 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff* | §<br>§<br>§ | |
| vs. | §<br>§<br>§ | **CASE NO 4:25-cr-00131-4** |
| **SAHIL KAROVALIA**<br>*Defendant.* | §<br>§<br>§ | |

**ORDER ON UNOPPOSED MOTION FOR CONTINUANCE**

The Defendant, Mr. Karovalia, filed a motion requesting this Honorable Court enter an order continuing his sentencing date. The motion is granted. It is therefore:

ORDERED that the probation officer must submit to the Court the final presentence report with an addendum addressing any contested issues by November 20, 2026, and

ORDERED sentencing is set for December 3, 2026 at 1:30 PM.

SIGNED the 20th day of October, 2026

The Honorable Alfred H. Bennett
United States District Judge