UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **4:25-cr-131-(9)** |
| | § | |
| **PRECELA SOLIS** | § | |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

Came on to be considered this date, Defendant's Motion to Continue Sentencing and the Court is of the opinion that said motion should be:

**(GRANTED)** ~~**(DENIED)**~~

Therefore, sentencing in the above matter is continued and a new scheduling order will be issued in accordance with this ORDER.

SIGNED this the ______ day of 10/23/26, 2026.

______________________________
Judge Presiding